(April 20, 1971)

THERESA DROGO, Respondent, v. FRANK DROGO, Appellant.—

Concur — Stevens, P. J., Capozzoli, Markewich, Kupferman and Steuer, JJ.